# EXHIBIT A

|  |  |
|---|---|
| **NYC DEPARTMENT OF FINANCE**<br>**OFFICE OF THE CITY REGISTER**<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br><br>2006102701566001001EF1D3 |

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 3 |
|---|---|
| **Document ID:** 2006102701566001    Document Date: 10-17-2006    Preparation Date: 10-27-2006 | |
| Document Type: DEED | |
| Document Page Count: 2 | |

| PRESENTER: | RETURN TO: |
|---|---|
| PHOENIX ABSTRACT, LLC<br>4250 VETERANS HIGHWAY<br>HOLBROOK, NY  11741<br>631-580-5900 | PHOENIX ABSTRACT, LLC<br>4250 VETERANS HIGHWAY<br>HOLBROOK, NY  11741<br>631-580-5900 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 1966 | 107 | Entire Lot | 220 GREENE AVENUE |

Property Type: DWELLING ONLY - 2 FAMILY

### CROSS REFERENCE DATA

CRFN_____    or  Document ID_____   or  _____ Year_____ Reel ___ Page _____  or  File Number_____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| 1800 PLAN LLC<br>135-25 KEW GARDENS ROAD<br>RICHMOND HILL, NY  11418 | CHARLES ZIZI<br>220 GREENE AVENUE<br>BROOKLYN, NY  11205 |

### FEES AND TAXES

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $  75.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | | $  17,812.50 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $5,000.00 + $12,500.00 = $ | 17,500.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 47.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed    11-03-2006 10:25
City Register File No.(CRFN):
2006000616134

*City Register Official Signature*

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

THIS INDENTURE, made the   17th   day of   October  , 2006

**BETWEEN**

1800 Plan LLC having an address at 135-25 Kew Gardens Road, Richmond Hill, N.Y. 11418

party of the first part, and

Charles H. ZiZi, residing at 355 South End Avenue, New York, N.Y. 10280

party of the second part,

WITNESSETH, that the party of the first part, in consideration of

dollars

paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

*Premises commonly known as 220 Greene Ave Brooklyn NY 11235*

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Brooklyn, City and State of New York, designated on the Tax Map of the City for said Borough as said Tax Map was on April 27, 1976. Known as Block 1966 Lot 107, Being bounded and described as follows:

BEGINNING at a point on the Southerly side of Greene Avenue distant 20 feet Easterly from the corner formed by the intersection of the Southerly side of Greene Avenue and the Easterly side of Grand Avenue;

RUNNING THENCE Easterly, along the Southerly side of Greene Avenue, 20 feet;

THENCE Southerly, parallel to the Easterly side of Grand Avenue, 50 feet;

THENCE Westerly, parallel to the Southerly side of Grand Avenue 20 feet;

THENCE Northerly, parallel to the Easterly side of Grand Avenue, 50 feet to the Southerly side of Greene Avenue, the Point or Place of Beginning.

*The premises being conveyed are the same as the premises described in the deed to the grantor recorded in CRFN # 2005000692122*

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" when ever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written

IN PRESENCE OF:

_____
1800 Plan LLC

*(margin note: Blk 1966 Lot 107)*

## Schedule A Description

Title Number **PH06-K-0089**                                                                                              Page    1

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Brooklyn, City and State of New York designated on the Tax Map of the City for said Borough as said Tax Map was on April 27, 1976 known as Block 1968 Lot 107.

Premises known as 220 Greene Avenue, Brooklyn, New York

**TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS MADE IN NEW YORK STATE**

| | |
|---|---|
| State of New York, County of Nassau ss: | State of New York, County of ss: |
| On the 17th day of October in the year 2006 before me, the undersigned, personally appeared Yizhay Evgi personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. | On the day of in the year before me, the undersigned, personally appeared personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. |
| _B. P. Nels_ (signature and office of individual taking acknowledgment) BRIAN P. NELSON Notary Public, State of New York No. 1NE6064026 Qualified in Suffolk County Commission Expires on September 17, 20 09 | (signature and office of individual taking acknowledgment) SEAL |

**TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS MADE OUTSIDE NEW YORK STATE**

State or District of Columbia, Territory, or Foreign Country) of ss:

On the day of in the year before me, the undersigned, personally appeared

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the

_____ in _____
(Insert the City or other political subdivision)  (and insert the State or Country or other place the acknowledgment was taken)

_____
(signature and office of individual taking acknowledgment)

**BARGAIN AND SALE DEED**
WITH COVENANT AGAINST GRANTOR'S ACTS

Title No. PH06-K-0089

1800 Plan LLC

TO

Charles H. Zz

DISTRICT
SECTION
BLOCK    1966
LOT    107
COUNTY OR TOWN    KINGS
STREET ADDRESS

Recorded at Request of

RETURN BY MAIL TO:

Janet S. Stern, Esq.
1025 Old Country Road, Ste. 305
Westbury, N.Y. 11590

DISTRIBUTED BY

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  2006102701566001001S3F52 |
|---|---|

**SUPPORTING DOCUMENT COVER PAGE**  PAGE 1 OF 1

**Document ID:** 2006102701566001  Document Date: 10-17-2006  Preparation Date: 10-27-2006
Document Type: DEED

**ASSOCIATED TAX FORM ID:** 2006101700775

**SUPPORTING DOCUMENTS SUBMITTED:**

                                                                        Page Count
RP - 5217 REAL PROPERTY TRANSFER REPORT                                      1
SMOKE DETECTOR AFFIDAVIT                                                     1

| FOR CITY USE ONLY | | REAL PROPERTY TRANSFER REPORT |
|---|---|---|
| C1. County Code [____] | C2. Date Deed Recorded __/__/__ Month Day Year | STATE OF NEW YORK |
| C3. Book [_____] | C4. Page [_____] | STATE BOARD OF REAL PROPERTY SERVICES |
| OR | | **RP - 5217NYC** |
| C5. CRFN [_____] | | (Rev 11/2002) |

**PROPERTY INFORMATION**

1. Property Location: 220 GREENE AVENUE | BROOKLYN | 11238
   STREET NUMBER | STREET NAME | BOROUGH | ZIP CODE

2. Buyer Name: ZIZI | CHARLES
   LAST NAME / COMPANY | FIRST NAME

   LAST NAME / COMPANY | FIRST NAME

3. Tax Billing Address: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
   LAST NAME / COMPANY | FIRST NAME
   STREET NUMBER AND STREET NAME | CITY OR TOWN | STATE | ZIP CODE

4. Indicate the number of Assessment Roll parcels transferred on the deed: 1 # of Parcels OR [ ] Part of a Parcel
   4A. Planning Board Approval - N/A for NYC
   4B. Agricultural District Notice - N/A for NYC

   Check the boxes below as they apply:

5. Deed Property Size: ___ X ___ OR ___
   FRONT FEET | DEPTH | ACRES
   6. Ownership Type is Condominium [ ]
   7. New Construction on Vacant Land [ ]

8. Seller Name: 1800 PLAN LLC
   LAST NAME / COMPANY | FIRST NAME

   LAST NAME / COMPANY | FIRST NAME

9. Check the box below which most accurately describes the use of the property at the time of sale:

   A [ ] One Family Residential    C [ ] Residential Vacant Land        E [ ] Commercial   G [ ] Entertainment / Amusement   I [ ] Industrial
   B [✓] 2 or 3 Family Residential  D [ ] Non-Residential Vacant Land   F [ ] Apartment    H [ ] Community Service           J [ ] Public Service

**SALE INFORMATION**

10. Sale Contract Date: 8 / 28 / 2006
    Month Day Year

11. Date of Sale / Transfer: 10 / 17 / 2006
    Month Day Year

12. Full Sale Price: $ 1,250,000
    (Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

14. Check one or more of these conditions as applicable to transfer:
    A [ ] Sale Between Relatives or Former Relatives
    B [ ] Sale Between Related Companies or Partners in Business
    C [ ] One of the Buyers is also a Seller
    D [ ] Buyer or Seller is Government Agency or Lending Institution
    E [ ] Deed Type **not** Warranty or Bargain and Sale (Specify Below)
    F [ ] Sale of Fractional or Less than Fee Interest (Specify Below)
    G [ ] Significant Change in Property Between Taxable Status and Sale Dates
    H [ ] Sale of Business is Included in Sale Price
    I [ ] Other Unusual Factors Affecting Sale Price (Specify Below)
    J [✓] None

13. Indicate the value of personal property included in the sale: _____

**ASSESSMENT INFORMATION** - Data should reflect the latest Final Assessment Roll and Tax Bill

15. Building Class: C 3
16. Total Assessed Value (of all parcels in transfer): 1,929

17. Borough, Block and Lot / Roll Identifier(s) (If more than three, attach sheet with additional identifier(s))
    BROOKLYN 1966 107

**CERTIFICATION** I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

| BUYER | BUYER'S ATTORNEY |
|---|---|
| [signature] 10/17/06 | |
| BUYER SIGNATURE  DATE | LAST NAME  FIRST NAME |
| ___ Greene Ave | |
| STREET NUMBER  STREET NAME (AFTER SALE) | AREA CODE  TELEPHONE NUMBER |
| | **SELLER** |
| Brooklyn  NY  11205 | [signature]  10/17/06 |
| CITY OR TOWN  STATE  ZIP CODE | SELLER SIGNATURE  DATE |

2006101700775...

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |

**BUYER**

_[signature]_  10/17/06
BUYER SIGNATURE                  DATE

220   Greene  Ave
STREET NUMBER   STREET NAME (AFTER SALE)

Brooklyn    NY    11238
CITY OR TOWN    STATE    ZIP CODE

**BUYER'S ATTORNEY**

LAST NAME        FIRST NAME

AREA CODE    TELEPHONE NUMBER

**SELLER**

_[signature]_                    10/17/06
SELLER SIGNATURE                 DATE

2006101700775201

Affidavit of Compliance with Smoke Detector Requirement for One and-Two Family Dwellings

# AFFIDAVIT OF COMPLIANCE
# WITH SMOKE DETECTOR REQUIREMENT
# FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York    )
                     ) SS.:
County of Bronx      )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

| 220 GREENE AVENUE | | | | |
|---|---|---|---|---|
| Street Address | | | | Unit/Apt. |
| BROOKLYN | New York, | 1966 | 107 | (the "Premises"); |
| Borough | | Block | Lot | |

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).



1800 Plan LLC
Name of Grantor (Type or Print)

_____
Signature of Grantor

Charles Zozo
Name of Grantee (Type or Print)

_____
Signature of Grantee

Sworn to before me
this _____ date of October 19____

BRIAN P. NELSON
Notary Public, State of New York
No. 1NE6064026
Qualified in Suffolk County
Commission Expires on September 17, 20__

Sworn to before me
this _____ date of October 19____

BRIAN P. NELSON
Notary Public, State of New York
No. 1NE6064026
Qualified in Suffolk County
Commission Expires on September 17, 20__

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**