# EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------X

Countrywide

Plaintiff(s),

CONDITIONAL
ORDER OF DISMISSAL

- against -

Index No: 21346/08

Zizi

Defendant(s),

------------------------------------------------X

At a Status Conference held this day, it is the finding of this Court that more than one year has elapsed since the joinder of issue and plaintiff has unreasonably neglected to prosecute this action.

Accordingly, this action is dismissed pursuant to CPLR 3216 and the County Clerk is directed to cancel the Notice of Pendency unless plaintiff files a note of issue or otherwise proceeds by motion for entry of judgment within 90 days from the date hereof.

ENTER,

Date: JAN 16 2014

J.S.C.

HON. LAWRENCE KNIPEL
SUPREME COURT JUSTICE

Warning:  Failure to comply with the terms of this order will result in the dismissal of the action.