# EXHIBIT D

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2013120300652001001EEBFF |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE**    PAGE 1 OF 4

**Document ID:** 2013120300652001    **Document Date:** 11-14-2013    **Preparation Date:** 12-03-2013
**Document Type:** DEED
**Document Page Count:** 3

| PRESENTER: | RETURN TO: |
|---|---|
| SHABSI PFEIFFER (HOLD FOR PICK UP)<br>320 ROEBLING STREET SUITE 412<br>BROOKLYN, NY 11211<br>212-395-9595<br>3959595NY@GMAIL.COM | SHABSI PFEIFFER (HOLD FOR PICK UP)<br>320 ROEBLING STREET SUITE 412<br>BROOKLYN, NY 11211<br>212-395-9595<br>3959595NY@GMAIL.COM |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 1966 | 107 | Entire Lot | 220 GREENE AVE |

**Property Type:** DWELLING ONLY - 2 FAMILY

**CROSS REFERENCE DATA**

CRFN_____ or DocumentID_____ or _____ Year____ Reel____ Page_____ or File Number_____

**PARTIES**

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| CHARLES H. ZIZI<br>220 GREENE AVENUE<br>BROOKLYN, NY 11238 | 10821 HOLDINGS L.L.C.<br>320 ROEBLING STREET, SUITE 412<br>BROOKLYN, NY 11211 |

**FEES AND TAXES**

| Mortgage: | | | |
|---|---|---|---|
| Mortgage Amount: | $ 0.00 | Filing Fee: | $ 125.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ 0.00 |
| TAXES:   County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ 0.00 | | $ 40.00 |
| Spec (Additional): | $ 0.00 | **RECORDED OR FILED IN THE OFFICE** | |
| TASF: | $ 0.00 | **OF THE CITY REGISTER OF THE** | |
| MTA: | $ 0.00 | **CITY OF NEW YORK** | |
| NYCTA: | $ 0.00 | Recorded/Filed    12-09-2013 13:05 | |
| Additional MRT: | $ 0.00 | City Register File No.(CRFN): | |
| TOTAL: | $ 0.00 | **2013000505428** | |
| Recording Fee: | $ 52.00 | | |
| Affidavit Fee: | $ 0.00 | *Annette M Hill* | |
| | | *City Register Official Signature* | |

# BARGAIN AND SALE DEED WITH COVENANT AGAINST GRANTOR'S ACTS (INDIVIDUAL OR CORPORATION)

## STANDARD NYBTU FORM 8007

**CAUTION: THIS AGREEMENT SHOULD BE PREPARED BY AN ATTORNEY AND REVIEWED BY ATTORNEYS FOR SELLER AND PURCHASER BEFORE SIGNING.**

*THIS INDENTURE*, made as of the 14th day of November of two thousand and 2013,

Between

**CHARLES H. ZIZI**

Residing at    220 Greene Avenue , Brooklyn, NY 11238

party of the first part, and

**10821 HOLDINGS L.L.C.**

With offices at    320 Roebling Street, Suite 412 Brooklyn, NY 11211

party of the second part,

*WITNESSETH*, that the party of the first part, in consideration of Ten dollars ($10.00) dollars, lawful money of the United States, and other good and valuable consideration, paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

*ALL* that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the County of Kings, known by the street number 220 Greene Avenue. in the Borough of Brooklyn, City and State of New York and more particularly described as

## "SEE SCHEDULE A ATTACHED"

*BEING* the same premises described in the deed to the party of the first part herein by deed from 1800 PLAN LLC dated October 17, 2006 and recorded on November 03, 2006 in the Office of the Register of the City of New york, County of Kings. Said Premises are known as Block 1966 Lot 107.

*TOGETHER* with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof,

*TOGETHER* with the appurtenances and all the estate and rights of the party of the first part in and to said premises,

*TO HAVE AND TO HOLD* the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

*AND* the party of the first part, covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

*AND* the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

1

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

*IN WITNESS WHEREOF*, the party of the first part has duly executed this deed the day and year first above written.

_____
CHARLES H. ZIZI ( Seller )

IN PRESENCE OF:

_____

State of ___New York___  )
County of ___Kings___    ) SS.:

On the 14th day of November in the year 2013 before me, the undersigned, personally appeared **CHARLES H. ZIZI** personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
(signature and office of individual taking acknowledgment)

TILLY GROSS
Notary Public, State of New York
No. 01GR6106580
Qualified in Kings County
Commission Expires 03/04/2016

**BARGAIN & SALE DEED**
**WITH COVENANT AGAINST GRANTOR'S ACTS**

|              |            |                    |
|--------------|------------|--------------------|
|              | SECTION:   |                    |
|              | BLOCK:     | 1966               |
| TITLE #      | LOT:       | 107                |
|              | COUNTY:    | Brooklyn           |
| **CHARLES H. ZIZI** | ADDRESS: | **220 GREENE AVENUE** |

**TO**

**10821 HOLDINGS L.L.C.**

(re/deed)

**RECORD AND RETURN TO:**
10821 HOLDINGS L.L.C.
320 Roebling Street, Suite 412
Brooklyn, NY 11211

---

THIS SPACE RESERVED FOR USE OF RECORDING OFFICE

## SCHEDULE A

ALL that certain plot, piece of parcel of land, situate, lying and being in the Borough of Brooklyn, City and State of New York, designated on the Tax Map of the City for said Borough as said Tax Map was on April 27, 1976. Known as Block 1966 Lot 107.

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2013120300652001001S257E |
|---|---|

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|
| **Document ID:** 2013120300652001   Document Date: 11-14-2013 | Preparation Date: 12-03-2013 |
| Document Type: DEED | |

**ASSOCIATED TAX FORM ID:**   2013111400401

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 1 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

Affidavit of Compliance with Smoke Detector Requirement for One and-Two Family Dwellings

# AFFIDAVIT OF COMPLIANCE WITH SMOKE DETECTOR REQUIREMENT FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York )
                   ) SS.:
County of Kings )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

_____220 GREENE AVE_____ , _____ ,
                                Street Address                                                       Unit/Apt.

_____BROOKLYN_____ New York, _____1966_____ _____107_____ (the "Premises");
           Borough                                                  Block                 Lot

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

Charles Zizi
_____ | _____/s/ Hodges LLC_____
Name of Grantor (Type or Print)                                         Name of Grantee (Type or Print)

_____ | _____
Signature of Grantor                                                           Signature of Grantee

Sworn to before me                                        Sworn to before me
this ___14th___ date of __November__ 2013      this ___14th___ date of __November__ 2014
                      TILLY GROSS                                        TILLY GROSS
            Notary Public, State of New York                         Notary Public, State of New York
              No. 01GR6106580                                       No. 01GR6106580
            Qualified in Kings County                                 Qualified in Kings County
            Commission Expires 03/08/20 16                     Commission Expires 03/08/20 16

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

| FOR CITY USE ONLY | | REAL PROPERTY TRANSFER REPORT |
|---|---|---|
| C1. County Code | C2. Date Deed Recorded __/__/__ Month Day Year | STATE OF NEW YORK |
| C3. Book OR | C4. Page | STATE BOARD OF REAL PROPERTY SERVICES |
| C5. CRFN | | **RP - 5217NYC** |

### PROPERTY INFORMATION

| 1. Property Location | 220 STREET NUMBER | GREENE AVE STREET NAME | BROOKLYN BOROUGH | 11238 ZIP CODE |
|---|---|---|---|---|

| 2. Buyer Name | 10821 HOLDINGS L.L.C. LAST NAME / COMPANY | FIRST NAME |
|---|---|---|
| | LAST NAME / COMPANY | FIRST NAME |

3. Tax Billing Address — Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

LAST NAME / COMPANY    FIRST NAME

STREET NUMBER AND STREET NAME    CITY OR TOWN    STATE    ZIP CODE

4. Indicate the number of Assessment Roll parcels transferred on the deed: **1** # of Parcels OR ☐ Part of a Parcel

4A. Planning Board Approval - N/A for NYC
4B. Agricultural District Notice - N/A for NYC

5. Deed Property Size: ____ FRONT FEET X ____ DEPTH OR ____ ACRES

Check the boxes below as they apply:
6. Ownership Type is Condominium ☐
7. New Construction on Vacant Land ☐

| 8. Seller Name | ZIZI LAST NAME / COMPANY | CHARLES, H FIRST NAME |
|---|---|---|
| | LAST NAME / COMPANY | FIRST NAME |

9. Check the box below which most accurately describes the use of the property at the time of sale:

| A ☐ One Family Residential | C ☐ Residential Vacant Land | E ☐ Commercial | G ☐ Entertainment / Amusement | I ☐ Industrial |
|---|---|---|---|---|
| B ✓ 2 or 3 Family Residential | D ☐ Non-Residential Vacant Land | F ☐ Apartment | H ☐ Community Service | J ☐ Public Service |

### SALE INFORMATION

10. Sale Contract Date: 11 / 14 / 2013

11. Date of Sale / Transfer: 11 / 14 / 2013

12. Full Sale Price $ 10,000

( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

13. Indicate the value of personal property included in the sale: ____

14. Check one or more of these conditions as applicable to transfer:

A ☐ Sale Between Relatives or Former Relatives
B ☐ Sale Between Related Companies or Partners in Business
C ☐ One of the Buyers is also a Seller
D ☐ Buyer or Seller is Government Agency or Lending Institution
E ☐ Deed Type not Warranty or Bargain and Sale (Specify Below)
F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
G ☐ Significant Change in Property Between Taxable Status and Sale Dates
H ☐ Sale of Business is Included in Sale Price
I ☐ Other Unusual Factors Affecting Sale Price (Specify Below)
J ✓ None

### ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

15. Building Class: **B 1**

16. Total Assessed Value (of all parcels in transfer): 39,600

17. Borough, Block and Lot / Roll Identifier(s) (If more than three, attach sheet with additional identifier(s))

BROOKLYN 1966 107

2013111140040120101

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |

**BUYER** [signature] DATE 11/14/13

**BUYER'S ATTORNEY**
LAST NAME | FIRST NAME

320 ROEBLING STREET  SUITE 412
STREET NUMBER | STREET NAME (AFTER SALE)
AREA CODE | TELEPHONE NUMBER

BROOKLYN | NY | 11211
CITY OR TOWN | STATE | ZIP CODE

**SELLER** [signature] DATE 11/14/13

2013111400401201