# EXHIBIT E

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2015120700073001001E7D2A |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE**     PAGE 1 OF 2

**Document ID:** 2015120700073001    **Document Date:** 12-04-2015    **Preparation Date:** 12-07-2015
**Document Type:** SUNDRY MISCELLANEOUS
**Document Page Count:** 1

| PRESENTER: | RETURN TO: |
|---|---|
| RICHMOND RECORDING<br>135-10 LIBERTY AVENUE<br>HOLD FOR PICK UP<br>RICHMOND HILL, NY 11419<br>718-323-8080<br>TOM@CITIABSTRACTTITLE.COM | RICHMOND RECORDING<br>135-10 LIBERTY AVENUE<br>HOLD FOR PICK UP<br>RICHMOND HILL, NY 11419<br>718-323-8080<br>TOM@CITIABSTRACTTITLE.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 1966 | 107 | Entire Lot | 220 GREENE AVENUE |

**Property Type:** DWELLING ONLY - 2 FAMILY

### CROSS REFERENCE DATA

**CRFN:** 2013000505428

### PARTIES

| PARTY 1: | PARTY 2: |
|---|---|
| CHARLES H. ZIZI<br>220 GREENE AVENUE<br>BROOKLYN, NY 11238 | 10821 HOLDINGS LLC<br>220 GREENE AVENUE<br>BROOKLYN, NY 11238 |

### FEES AND TAXES

| Mortgage: | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ 0.00 | Filing Fee: | $ | 0.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ 0.00 | | $ | 0.00 |
| Spec (Additional): | $ 0.00 | | | |
| TASF: | $ 0.00 | | | |
| MTA: | $ 0.00 | **RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK** | | |
| NYCTA: | $ 0.00 | Recorded/Filed | 12-09-2015 16:08 | |
| Additional MRT: | $ 0.00 | City Register File No.(CRFN): | | |
| TOTAL: | $ 0.00 | **2015000436679** | | |
| Recording Fee: | $ 42.00 | *Annette M Hill* | | |
| Affidavit Fee: | $ 0.00 | *City Register Official Signature* | | |

## NOTICE OF RESCISSION

EQUITY SELLER:        CHARLES H. ZIZI
EQUITY PURCHASER:     10821 HOLDINGS LLC
PREMISES:             220 GREENE AVENUE, BROOKLYN, NY 11238

TAKE NOTICE:

Pursuant to the New York State Code Section 265-A(8)(a) and Section 265-A(8)(b) hereby cancels the transaction and rescinds the above referenced deed dated November 14, 2013 that has been recorded by the Registrar of the City of New York under CRFN 2013000505428 in reference to the premises located at 220 Greene Avenue, Brooklyn, New York 11238 and more particularly described as:

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the Southerly side of Greene Avenue distant 20 feet Easterly from the corner formed by the intersection of the Southerly side of Greene Avenue

RUNNING THENCE Easterly, along the Southerly side of Grand Avenue 50 feet;

THENCE Southerly, parallel to the Easterly side of Grand Avenue 50 feet

THENCE Westerly, parallel to the Southerly side of Grand Avenue 20 feet;

THENCE Northerly, parallel to the Easterly side of Grand Avenue 50 feet to the Southerly side of Greene Avenue, to the point or place of BEGINNING.

**BLOCK:** 1966         **LOT:** 107

DATED:    December 4, 2015

_____
Charles H. Zizi

STATE OF NEW YORK    }
                     } Ss.:
COUNTY OF Nassau     }

On 4th day of December, in the year 2015, before me, the undersigned Notary Public in and for the State of New York, personally appeared Charles H. Zizi to me known, or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) acted, executed the instrument.

_____
Notary Public

GREGG STAR
Notary Public, State of New York
No. 02ST6255938
Qualified in Nassau County
Commission Expires February 13, 2018