# EXHIBIT G

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. |  2016092200256001001E4827 |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE**     PAGE 1 OF 3

**Document ID:** 2016092200256001    **Document Date:** 09-01-2016    **Preparation Date:** 09-22-2016
**Document Type:** DEED
**Document Page Count:** 2

| PRESENTER: | RETURN TO: |
|---|---|
| RICHMOND RECORDING<br>135-10 LIBERTY AVENUE<br>16CAK-10289<br>RICHMOND HILL, NY 11419<br>718-323-8080<br>TOM@CITIABSTRACTTITLE.COM | RICHMOND RECORDING<br>135-10 LIBERTY AVENUE<br>16CAK-10289<br>RICHMOND HILL, NY 11419<br>718-323-8080<br>TOM@CITIABSTRACTTITLE.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 1966 | 107 | Entire Lot | 220 GREENE AVENUE |

**Property Type:** DWELLING ONLY - 2 FAMILY

### CROSS REFERENCE DATA

CRFN_____ or  DocumentID_____ or  _____Year____ Reel____ Page_____ or  File Number_____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| 10821 HOLDINGS L.L.C.<br>320 ROEBLING STREET, SUITE 412<br>BROOKLYN, NY 11211 | GREEN GROUP 11 LLC<br>1202 HALSEY STREET<br>BROOKLYN, NY 11207 |

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 125.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 1,400.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 560.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 47.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed    09-26-2016 09:15
City Register File No.(CRFN):
**2016000334069**

*Annette M Hill*

*City Register Official Signature*

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

THIS INDENTURE, made the ~~24~~ 1st day of ~~August~~ September, Two Thousand and Sixteen

BETWEEN

10821 HOLDINGS L.L.C., 320 Roebling Street, Suite 412, Brooklyn, NY 11211

party of the first part, and

GREEN GROUP 11 LLC, 1202 Halsey Street Brooklyn, NY 11207

party of the second part,

WITNESSETH, that the party of the first part, in consideration of ($10.) Ten dollars paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, designated on Tax Map of the City for said Borough as said Tax Map was on April 27, 1976, known as Block 1966 Lot 107, being bounded and described as follows:

BEGINNING at a point on the southerly side of Greene Avenue, distant 20 feet easterly from the corner formed by the intersection of the southerly side of Greene Avenue and the easterly side of Grand Avenue;

RUNNING THENCE easterly along the southerly side of Greene Avenue, 20 feet;

THENCE southerly parallel to the easterly side of Grand Avenue, 50 feet;

THENCE westerly parallel to the southerly side of Grand Avenue, 20 feet;

THENCE northerly parallel to the easterly side of Grand Avenue, 50 feet to the southerly side of Greene Avenue, the point or place of BEGINNING.

SAID PREMISES being known as: 220 GREENE AVENUE, BROOKLYN NEW YORK 11238

SECTION: 7         BLOCK: 1966         LOT: 107

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" when ever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

_____ Managing Member

IN PRESENCE OF:

_____

10821 HOLDINGS L.L.C.
By Shabsi Pfeiffer a.k.a. Samuel Pfeiffer

Standard N.Y.B.T.U. Form 8002 - Bargain and Sale Deed, with Covenant against Grantor's Acts – Uniform Acknowledgment
Form 3290

**TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS MADE IN NEW YORK STATE**

| | |
|---|---|
| State of New York, County of KINGS  ss: | State of New York, County of  ss: |
| On the 1st day of ~~August~~ September in the year 2016 before me, the undersigned, personally appeared | On the    day of    in the year before me, the undersigned, personally appeared |
| **Shabsi Pfeiffer** aka Samuel Pfeiffer | |
| personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. | personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. |
| *Shabana Hussain* (signature and office of individual taking acknowledgment) | _____ (signature and office of individual taking acknowledgment) |

SHABANA HUSSAIN
Notary Public, State of New York
No. 01HU6320572
Qualified in Queens County
Commission Expires 03/09/2019

**TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS MADE OUTSIDE NEW YORK STATE**

State (or District of Columbia, Territory, or Foreign Country) of    ss:

On the    day of    in the year    before me, the undersigned, personally appeared

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the

_____ in _____
(insert the City or other political subdivision)   (and insert the State or Country or other place the acknowledgment was taken)

_____
(signature and office of individual taking acknowledgment)

---

**BARGAIN AND SALE DEED**
WITH COVENANT AGAINST GRANTOR'S ACTS

Title No. 16CAK-10289

10821 HOLDINGS L.L.C.
TO
GREEN GROUP 11 LLC

SECTION    7
BLOCK    1966
LOT    107
COUNTY    KINGS
ADDRESS    220 GREENE AVENUE,
BROOKLYN, NY 11238

Recorded at Request of
Chicago Title Insurance Company

STANDARD FORM OF NEW YORK BOARD OF TITLE UNDERWRITERS
Distributed by
**Citi Abstract Inc.**

RETURN BY MAIL TO:

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | 2016092200256001001S86A6 |
|---|---|

**SUPPORTING DOCUMENT COVER PAGE** — PAGE 1 OF 1

**Document ID:** 2016092200256001    Document Date: 09-01-2016    Preparation Date: 09-22-2016
**Document Type:** DEED

**ASSOCIATED TAX FORM ID:**    2016082400455

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 1 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 1 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES
**RP - 5217NYC**

FOR CITY USE ONLY
C1. County Code | |
C2. Date Deed Recorded | / / | Month Day Year
C3. Book | |
C4. Page | |
C5. CRFN | |

## PROPERTY INFORMATION

1. **Property Location**: 220 | GREENE AVENUE | BROOKLYN | 11238
   STREET NUMBER | STREET NAME | BOROUGH | ZIP CODE

2. **Buyer Name**: GREEN GROUP 11 LLC
   LAST NAME / COMPANY | FIRST NAME

3. **Tax Billing Address**: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

4. Indicate the number of Assessment Roll parcels transferred on the deed: 1 # of Parcels OR ☐ Part of a Parcel
   4A. Planning Board Approval - N/A for NYC
   4B. Agricultural District Notice - N/A for NYC

5. **Deed Property Size**: ___ FRONT FEET X ___ DEPTH OR ___ ACRES

   Check the boxes below as they apply:
   6. Ownership Type is Condominium ☐
   7. New Construction on Vacant Land ☐

8. **Seller Name**: 10821 HOLDINGS L.L.C.
   LAST NAME / COMPANY | FIRST NAME

9. Check the box below which most accurately describes the use of the property at the time of sale:
   A ☐ One Family Residential
   B ☑ 2 or 3 Family Residential
   C ☐ Residential Vacant Land
   D ☐ Non-Residential Vacant Land
   E ☐ Commercial
   F ☐ Apartment
   G ☐ Entertainment / Amusement
   H ☐ Community Service
   I ☐ Industrial
   J ☐ Public Service

## SALE INFORMATION

10. **Sale Contract Date**: 8 / 24 / 2016

11. **Date of Sale / Transfer**: 8 / 24 / 2016

12. **Full Sale Price** $ 1,4 0 0,0 0 0
    ( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

13. Indicate the value of personal property included in the sale: 0

14. Check one or more of these conditions as applicable to transfer:
    A ☐ Sale Between Relatives or Former Relatives
    B ☐ Sale Between Related Companies or Partners in Business
    C ☐ One of the Buyers is also a Seller
    D ☐ Buyer or Seller is Government Agency or Lending Institution
    E ☐ Deed Type not Warranty or Bargain and Sale (Specify Below )
    F ☐ Sale of Fractional or Less than Fee Interest ( Specify Below )
    G ☐ Significant Change in Property Between Taxable Status and Sale Dates
    H ☐ Sale of Business is Included in Sale Price
    I ☐ Other Unusual Factors Affecting Sale Price ( Specify Below )
    J ☑ None

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

15. **Building Class**: B 1
16. **Total Assessed Value** (of all parcels in transfer): 47,162

17. Borough, Block and Lot / Roll Identifier(s) ( If more than three, attach sheet with additional identifier(s) )
    BROOKLYN 1966 107

201608240045520101

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |
|---|---|

**BUYER** 09-01-16

**BUYER'S ATTORNEY**

BUYER SIGNATURE / DATE | LAST NAME | FIRST NAME

1202 HALSEY STREET

STREET NUMBER | STREET NAME (AFTER SALE) | AREA CODE | TELEPHONE NUMBER

**SELLER** 09-01-16

BROOKLYN | NY | 11207 | SELLER SIGNATURE | DATE

CITY OR TOWN | STATE | ZIP CODE

2016082400455201

Affidavit of Compliance with Smoke Detector Requirement for One and-Two Family Dwellings

# AFFIDAVIT OF COMPLIANCE
# WITH SMOKE DETECTOR REQUIREMENT
# FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York  )
                   ) SS.:
County of Kings    )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

__220 GREENE AVENUE__, _____,
Street Address                                    Unit/Apt.

__BROOKLYN__ New York, __1966__ __107__ (the "Premises");
Borough              Block    Lot

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

__16821 HBLDBC LLC__                    __Michael Kundrkov__
Name of Grantor (Type or Print)          Name of Grantee (Type or Print)

_[signature]_                            _[signature]_
Signature of Grantor                     Signature of Grantee

Sworn to before me                       Sworn to before me
this __1ST__ date of __September__ 20__16__   this __1ST__ date of __September__ 20__16__

_[signature]_  SHABANA HUSSAIN          _[signature]_  SHABANA HUSSAIN
               Notary Public, State of New York        Notary Public, State of New York
               No. 01HU6320572                          No. 01HU6320572
               Qualified in Queens County               Qualified in Queens County
               Commission Expires 03/09/2019            Commission Expires 03/09/2019

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

2016082400455101



The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY  11373-5108

## Customer Registration Form for Water and Sewer Billing

**Property and Owner Information:**

(1) Property receiving service: BOROUGH: BROOKLYN     BLOCK: 1966     LOT: 107

(2) Property Address: 220 GREENE AVENUE, BROOKLYN, NY 11238

(3) Owner's Name:    GREEN GROUP 11 LLC

Additional Name:

**Affirmation:**

[✓] Your water & sewer bills will be sent to the property address shown above.

**Customer Billing Information:**

**Please Note:**

A. Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

B. Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address**. DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

**Owner's Approval:**

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner: _____
Signature: _____ Date (mm/dd/yyyy) 09/01/2016

Name and Title of Person Signing for Owner, if applicable:

BCS-7CRF-ACRIS  REV. 8/08

2016082400455101