# EXHIBIT H

# New York City Department of Finance
# Office of the City Register

**HELP**
[Click help for additional instructions]
Selecting a help option will open new window

| Current Search Criteria: |
| --- |
| **Borough:** BROOKLYN / KINGS
**Block:** 1966
**Lot:** 107    **Unit:** N/A
**Date Range:** To Current Date
**Document Class:** All Document Classes |

# Search Results By Parcel Identifier

Records 1 - 25 << previous   next >>        Max Rows  25        [ Search Options ] [ New BBL Search] [Edit Current Search] [View Tax Map] [**Print Index**]

| View | Reel/Pg/File | CRFN | Lot | Partial | Doc Date | Recorded / Filed | Document Type | Pages | Party1 | Party2 | Party 3/ Other | More Party 1/2 Names | Corrected/ Remarks | Doc Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| DET  IMG | | 2019000290420 | 107 | PARTIAL LOT | 9/4/2019 | 9/10/2019 2:02:17 PM | UCC3 TERMINATION | 6 | DELUCA, LORENZO | KJG CONSULTING | | ✓ | | 0 |
| DET  IMG | | 2019000254715 | 107 | PARTIAL LOT | 8/1/2019 | 8/12/2019 9:34:59 AM | INITIAL UCC1 | 4 | DELUCA, LORENZO | KJG CONSULTING LLC | | ✓ | | 0 |
| DET  IMG | | 2017000271292 | 107 | ENTIRE LOT | 6/30/2017 | 7/24/2017 4:07:00 PM | ASSIGNMENT, MORTGAGE | 5 | CHRISTIANA TRUST | US BANK NATIONAL ASSOCIATION | | ✓ | | 0 |
| DET  IMG | | 2017000047803 | 107 | PARTIAL LOT | 2/2/2017 | 2/2/2017 3:41:22 PM | INITIAL UCC1 | 8 | ZIZI, CHARLES | SUNRISE CONSTRUCTION INC. | | ✓ | | 0 |
| DET  IMG | | 2016000334069 | 107 | ENTIRE LOT | 9/1/2016 | 9/26/2016 9:15:49 AM | DEED | 3 | 10821 HOLDINGS L.L.C. | GREEN GROUP 11 LLC | | | | 140,000 |
| DET  IMG | | 2016000280042 | 107 | ENTIRE LOT | 8/9/2016 | 8/15/2016 10:08:18 AM | SATISFACTION OF MORTGAGE | 2 | ZIZI, CHARLES | FV-I, INC. IN TRUST FOR MORGAN STANLEY MORTGAGE CA | | | | 0 |
| DET  IMG | | 2016000280041 | 107 | ENTIRE LOT | 8/9/2016 | 8/15/2016 10:08:17 AM | ASSIGNMENT, MORTGAGE | 2 | MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS, LLC | FV-I, INC. IN TRUST FOR MORGAN STANLEY MORTGAGE CA | | | | 0 |
| DET  IMG | | 2016000087988 | 107 | ENTIRE LOT | 1/28/2016 | 3/14/2016 10:11:38 AM | ASSIGNMENT, MORTGAGE | 4 | COUNTRYWIDE HOME LOANS, INC. | CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS | | | | 0 |
| DET  IMG | | 2015000442730 | 107 | ENTIRE LOT | 12/4/2015 | 12/15/2015 10:39:23 AM | SUNDRY AGREEMENT | 2 | ZIZI, CHARLES | | | | | 0 |
| DET  IMG | | 2015000436679 | 107 | ENTIRE LOT | 12/4/2015 | 12/9/2015 4:08:52 PM | SUNDRY MISCELLANEOUS | 2 | ZIZI, CHARLES H | 10821 HOLDINGS LLC | | | | 0 |
| DET  IMG | | 2014000226134 | 107 | ENTIRE LOT | 6/18/2014 | 7/7/2014 2:06:01 PM | SUNDRY AGREEMENT | 4 | 10821 HOLDINGS L.L.C. | | | | | 0 |
| DET  IMG | | 2013000505428 | 107 | ENTIRE LOT | 11/14/2013 | 12/9/2013 1:05:43 PM | DEED | 4 | ZIZI, CHARLES H | 10821 HOLDINGS L.L.C. | | | | 10,000 |
| | | 2012000343441 | 107 | ENTIRE | 8/13/2012 | 8/30/2012 | ASSIGNMENT, | 3 | MORTGAGE | MORGAN | | ✓ | | 0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DET | IMG | | LOT | | 10:17:48 AM | MORTGAGE | | ELECTRONIC REGISTRATION SYSTEMS, INC | STANLEY MORTGAGE CAPITAL HOLDINGS LLC | |
| DET | IMG | 2010000125228 | 107 ENTIRE LOT | 3/22/2010 | 4/14/2010 3:54:01 PM | ASSIGNMENT, MORTGAGE | 4 | AMERICAN BROKERS CONDUIT | BA HOME LOAN SERVICING LP | 0 |
| DET | IMG | 2008000284126 | 107 ENTIRE LOT | 7/3/2008 | 7/17/2008 12:26:03 PM | ASSIGNMENT, MORTGAGE | 2 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. | COUNTRYWIDE HOME LOANS INC. | 0 |
| DET | IMG | 2008000035259 | 107 ENTIRE LOT | 5/4/2006 | 1/25/2008 2:17:20 PM | SATISFACTION OF MORTGAGE | 2 | 1 800 PLAN LLC | EASTERN SAVINGS BANK, FSB | 0 |
| DET | IMG | 2006000616136 | 107 ENTIRE LOT | 10/17/2006 | 11/3/2006 10:26:01 AM | MORTGAGE | 7 | ZIZI, CHARLES | MERS | 250,000 |
| DET | IMG | 2006000616135 | 107 ENTIRE LOT | 10/17/2006 | 11/3/2006 10:26:00 AM | MORTGAGE | 23 | ZIZI, CHARLES | MERS | 1,000,000 |
| DET | IMG | 2006000616134 | 107 ENTIRE LOT | 10/17/2006 | 11/3/2006 10:25:59 AM | DEED | 4 | 1800 PLAN LLC | ZIZI, CHARLES | 1,250,000 |
| DET | IMG | 2006000495813 | 107 ENTIRE LOT | 8/8/2006 | 8/31/2006 3:25:18 PM | PARTIAL RELEASE OF MORTGAGE | 5 | 1800 PLAN LLC | EASTERN SAVINGS BANK | ✓ 0 |
| DET | IMG | 2006000495812 | 107 ENTIRE LOT | 8/8/2006 | 8/31/2006 3:25:17 PM | TERMINATION OF ASSIGN OF L&R | 3 | 1800 PLAN LLC | EASTERN SAVINGS BANK | ✓ 0 |
| DET | IMG | 2006000418646 | 107 ENTIRE LOT | 5/4/2006 | 7/24/2006 11:27:36 AM | MORTGAGE | 36 | 1 800 PLAN LLC | EASTERN SAVINGS BANK, FSB | 475,000 |
| DET | IMG | 2006000122225 | 107 ENTIRE LOT | | 3/3/2006 10:28:27 AM | INITIAL UCC1 | 9 | 1 800 PLAN LLC | EASTERN SAVINGS BANK, FSB | 0 |
| DET | IMG | 2006000122224 | 107 ENTIRE LOT | 2/14/2006 | 3/3/2006 10:28:26 AM | ASSIGNMENT OF LEASES AND RENTS | 11 | EASTERN SAVINGS BANK, FSB | 1 800 PLAN LLC | ✓ 975,000 |
| DET | IMG | 2006000122223 | 107 ENTIRE LOT | 2/14/2006 | 3/3/2006 10:28:25 AM | MORTGAGE | 40 | 1 800 PLAN LLC | EASTERN SAVINGS BANK, FSB | ✓ 975,000 |

[ Search Options ]  [ New Parcel Identifier Search ]  [ Edit Current Search ]  [ View Tax Map ]

Go To:  Finance Home Page | NYC.gov Home Page | Contact Us | Privacy Policy | Terms of Use