# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | |
|---|---|
| IN RE: | (Chapter 11) |
| | Case No.: 1-19-40115-NHL |
| GREEN GROUP 11 LLC, | |
| | Hon. NANCY HERSHEY LORD |
| Debtor. | |

---------------------------------------------------------------X

GREEN GROUP 11 LLC,

                 Plaintiff,                 A.P. No.: 1-21-01171-NHL

    v.

U.S. BANK NATIONAL ASSOCIATION AS
LEGAL TITLE TRUSTEE FOR TRUMAN 2016
SC6 TITLE TRUST,

                 Defendant.

---------------------------------------------------------------X

THIS MATTER, having been opened to the Court by Defendant, U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust ("Defendant"), for an Order: (1) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("Rule 12(b)(6)"), dismissing, with prejudice, Plaintiff, Green Group 11 LLC's ("Plaintiff"), Adversary Complaint; and (2) granting such other and further relief as this Court may deem just and proper; and the Court having considered Defendant's moving papers in support thereof; and for good cause shown:

It is on this __ day of _____, 2021,

**ORDERED** that Defendant's Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rule of Civil Procedure is **GRANTED**; and it is further

**ORDERED** that Defendant shall serve a copy of this Order within seven (7) days of receipt thereof on all parties of record.

This Motion was:   __ Opposed   ___ Unopposed

BY THE COURT:

_____